# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH DOUGHERTY, et al.,** | : | Civil No. 1:13-CV-447 |
| **Plaintiffs** | : | |
| v. | : | (Judge Jones) |
| **ADVANCED WINGS, LLC, et al.,** | : | (Magistrate Judge Carlson) |
| **Defendants** | : | |

## ORDER

AND Now, this 8th day of March 2013, for the reasons set forth in our prior opinion and order denying the plaintiff's motion for recusal, the motion to reconsider filed by the plaintiff, (Doc. 15.) is DENIED.  Should the plaintiff wish to address issues regarding self-representation, he should do so following service of his complaint by a separate motion filed in the course of this litigation.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge