IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH DOUGHERTY, et al.,** | : | Civil No. 1:13-CV-447 |
| **Plaintiffs** | : | |
| v. | : | (Judge Jones) |
| **ADVANCED WINGS, LLC, et al.,** | : | (Magistrate Judge Carlson) |
| **Defendants** | : | |

## ORDER

AND now, this 13th day of March 2013, the plaintiff has filed a 96 page pleading styled as the plaintiff's second "Writ of Coram Vobis [sic] and Declaratory Judgment," (Doc. 21.) which appears to seek to re-litigate issues that were addressed by the court in a prior lawsuit involving this plaintiff. We will DENY this motion for two reasons. First, before the plaintiff can seek any rulings from this court in the current litigation he should await service of his complaint on all parties, and entries of appearance on behalf of all party-defendants, so that all parties can be heard on any issues pertaining to this lawsuit. Second, the plaintiff should remain mindful of the fact that this lawsuit only provides a vehicle for addressing the plaintiff's current dispute, it does not provide a means to re-litigate issues raised in a prior lawsuit.

                                        ***S/Martin C. Carlson***
                                        Martin C. Carlson
                                        United States Magistrate Judge