IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH DOUGHERTY, *et al.*, | : | 1:13-cv-447 |
| | : | |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| ADVANCED WINGS, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### August 30, 2013

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Martin C. Carlson (Doc. 88) is **ADOPTED** in its entirety.

2. Plaintiff Keith Dougherty's self-styled "59(e) Motion to Alter or Amend and provide Additional Findings of Fact and Conclusion of Law or in the Alternative 60(b0(4) void for jurisdiction" (Doc. 86) is **DENIED**.

3. The Clerk of Court shall **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge